I, Gerardo Pedraza
TDC# 1887201
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

PD-1075-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

Court Of Criminal Appeals Of Texas
Abel Acosta, Clerk
P.O. Box 12308
Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

Date: September 10, 2015

Dear Clerk Of Court,
    Please find enclosed my Reconsideration Motion For Extension Of Time To File My Petition For Discretionary Review. I respectfully ask you to please file my said Motion and bring it to the attention of the Court. Thank you for your time and considerations.

                            Respectfully Yours,
                            /s/x Gerardo Pedraza 1887201

                            Gerardo Pedraza
                            TDC# 1887201
                            Beto Unit
                            1391 FM 3328
                            Tennessee Colony, TX 75880

C.C.-File

In The
## Court Of Criminal Appeals
Of Texas At Austin, Texas

Gerardo Pedraza, Petitioner

V.

State Of Texas, Respondent

On Appeal From The Fifth District Of Texas At Dallas, Texas
Court Of Appeals Case No. 05-13-01391-CR

Appealed From The Criminal District Court No. 2, Dallas County, Texas
Trial Court Cause No. F-12-53082-1

Petition For Reconsideration Of Denial Of Motion For Out Of
Time Filing Of Petition For Discretionary Review

Comes Now Gerardo Pedraza, Petitioner herein with this motion for reconsideration.

Petitioner would show the Court there is Cause for such.

Petitioner is a Lay Man, unskilled at law.

Petitioner was led to understand by Attorney and family and other inmates that the appeal process was "ON TRACK."

THIS IS A CASE OF WRONGFUL CONVICTION.

Because of the GROSS INJUSTICE resulting in this wrongful Conviction, the Court should exercise its discretion and allow remedy of such travesty. THE EVIDENCE WILL SUPPORT THESE CLEAR CONTENTIONS.

Respectfully Submitted,

/s/ x Gerardo Pedraza #1887201

Gerardo Pedraza
TDC#1887201
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

Signed and mailed this Eleventh Day of September, 2015

C.C.-File